UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA McCOLM, | Case No. C-02-05810 PJH (JCS) |
| Plaintiff(s), | |
| v. | **ORDER GRANTING IN PART AND DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION [Docket No. 83]** |
| SAN FRANCISCO HOUSING AUTHORITY ET AL., | |
| Defendant(s). | |

On October 11, 2006, Plaintiff, Patricia McColm, filed an Objection to Order in Excess of Motion, Clerical Misconduct and Appearance of Bias to Inflict Unnecessary Distress addressed to the undersigned. The Court has reviewed this letter and construed the letter as a Motion for Reconsideration (the "Motion").

IT IS HEREBY ORDERED that the Motion is GRANTED IN PART AND DENIED IN PART. The Court orders that pursuant to lines 13-15 of the Order dated September 28, 2006, the medical records shall be produced on an "Attorneys' Eyes Only" basis.

Defendants' counsel are ORDERED to keep the medical records confidential and they shall not disclose them to anyone, including their clients, without further Order of the Court. Except as so expressly granted, the remainder of the Motion is DENIED.

IT IS SO ORDERED.

Dated: January 29, 2007

JOSEPH C. SPERO
United States Magistrate Judge