UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICIA A. MCCOLM,

    Plaintiff,                            No. C 02-5810 PJH

    v.                                  **ORDER RE: PLAINTIFF'S EMERGENCY MOTION TO EXTEND DEADLINES**

SF HOUSING AUTHORITY, et al.

    Defendants.

_____/

       The court is in receipt of McColm's February 7, 2007 motion for: (1) enlargement of time to comply with discovery deadlines; (2) a stay of proceedings; and (3) a continuance of pretrial and trial dates; and defendants' opposition to that motion. The court rules as follows.

       First, the court refers McColm's request for continuance of the discovery deadlines set forth in Judge Spero's January 29, 2007 order to Judge Spero. Judge Spero may determine whether or not the date for McColm's compliance with that order should be extended.

       Second, McColm's requests for a stay, to reopen discovery, and to continue the trial date are all DENIED. McColm has not established good cause for reopening discovery; nor has she even established a reasonable basis for doing so; nor has she sufficiently described why the reopening of discovery is necessary, what she would seek, and why she was unable to obtain the information in the past with the exercise of due diligence.

       Additionally, McColm is unable to show good cause for a stay of all proceedings, presumably dispositive motions and discovery, given the amount of time she has had for discovery and the numerous continuances she has been afforded by the court and defense

counsel in the past, in addition to the inadequacy of the medical documentation as noted by defendants in opposition to the instant motion.  The trial date will **not** be continued given the age of this case, the amount of time that it has taken McColm to serve all of the defendants, and based on consideration of the court's docket.

However, given the outstanding discovery and the necessity for Judge Spero to rule on McColm's pending request for an extension of the compliance dates in the January 29, 2007 order, the court will continue the date for **filing** dispositive motions from February 21, 2007 to **March 21, 2007.  No further continuances will be granted.**

Dated: February 8, 2007

**IT IS SO ORDERED.**

_____
PHYLLIS J. HAMILTON
United States District Judge