**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA McCOLM, | Case No. C-02-05810 PJH (JCS) |
| Plaintiff(s), | |
| v. | **ORDER GRANTING IN PART PLAINTIFF'S EMERGENCY REQUEST FOR ENLARGEMENT OF TIME TO COMPLY WITH JANUARY 29, 2007 ORDER** |
| SAN FRANCISCO HOUSING AUTHORITY ET AL., | |
| Defendant(s). | |

The Court has received Plaintiff's Emergency Request for Enlargement of Time to Comply (the "Request"), filed on February 7, 2007. In the Request, Plaintiff seeks an extension of time beyond the 10 days permitted to comply with this Court's Order of January 29, 2007 (the "Order"). Plaintiff seeks a 45-day extension of time to comply with this Court's Order. Plaintiff argues that her physical condition makes it impossible to comply with the 10 day requirement.

Non-expert discovery in this matter ended on January 31, 2007. *See* Case Management and Pretrial Order, dated April 24, 2006. By order date February 8, 2007, Judge Hamilton ruled that all dispositive motions must be heard by March 21, 2007.

The Request therefore seeks an extension of time which is not permissible under the current schedule. An extension of 45 days would mean that the responses to the discovery at issue in the Order would not be due until nearly the end of March – after dispositive motions must be filed. In addition, the Request does not comply with this Court's admonition that extension requests provide a detailed medical explanation why plaintiff cannot devote the time required to comply with the

1  Court's orders.  It is worth noting, that the discovery at issue was served on Plaintiff many months
2  ago and she chose not to provide substantive responses or to produce documents.
3       On the other hand, the Court is not unsympathetic to the medical situation of Plaintiff.
4  Accordingly, the Court will grant a brief extension, but only to a date sufficiently in advance of the
5  filing deadline for dispositive motions to allow for adequate preparation time.
6       Accordingly, the Request is GRANTED IN PART.  Plaintiff is GRANTED an extension of
7  time to comply with the Order, to and including February 21, 2007.
8       IT IS SO ORDERED.

10  Dated: February 8, 2007

11                     JOSEPH C. SPERO
                     United States Magistrate Judge

**United States District Court**
For the Northern District of California

2