UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. McCOLM, | Case No. C-02-5810 PJH (JCS) |
| Plaintiff(s), | |
| v. | **ORDER RE PLAINTIFF'S OBJECTION TO ALL MOTIONS FILED ON FEBRUARY 28, 2007 [Docket No. 160]** |
| SAN FRANCISCO HOUSING AUTHORITY, ET AL., | |
| Defendant(s). | |

The Court has received Plaintiff's Objection to All Motions Filed on February 28, 2007 Pursuant (the "Objection") [Docket No. 160]. The Objection challenges the order of February 14, 2007, in which the district judge in this matter set various deadlines regarding motions to compel. The Objection seeks to strike the discovery motions filed on February 28, 2007, (the "Discovery Motions") and noticed for hearing before the undersigned magistrate judge on April 20, 2007.

The Objection seeks to strike all of the discovery motions on the basis that the San Francisco Housing Authority Defendants ("Defendants") failed to comply with the Local Rules of this court. The chronology is as follows: on February 13, 2007, Defendants delivered to the Court a Motion for Administrative Relief Requesting Extension of Deadline to File Motions to Compel, along with a proposed Order. A proof of service in the Court's file, as well as the copy of the Motion for Administrative Relief, indicates that Plaintiff was served by U.S. Mail with both of these documents on February 13, 2007.[1] The Motion for Administrative Relief was filed in the Clerk's Office on the

---

[1] While Local Rule 7-11 generally requires that a copy of a motion for administrative relief be delivered to the other parties on the same day that the motion is filed, the Court notes that Plaintiff's address in this matter, both in her pleadings and on the proofs of service filed by the parties, is a post

following day, February 14, 2007.  After reviewing the file in the case, and the Motion for Administrative Relief, the district judge set a reasonable discovery schedule for motions to compel in an order dated February 14, 2007.[2]  The Motion for Administrative Relief sought only an extension of time to file a motion to compel because, inter alia, Defendants only received a copy of transcripts of Plaintiff's two days of deposition on February 6, 2007, a mere three days before the original deadline for motions to compel.

Good cause appearing, to the extent that the Objection seeks to strike the Discovery Motions, the Objection is OVERRULED, and that Motion to Strike is DENIED.  The district judge in this matter set a reasonable schedule for discovery motions, and Defendants have complied with that schedule.

IT IS SO ORDERED.

Dated: March 19, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

---

office box in San Francisco.

[2] While Local Rule 7-11 provides that motions for administrative relief are deemed submitted after the time for opposition has run (three days after the motion was filed), nothing in Rule 7-11 forbids the Court from ruling on a motion for administrative relief without the necessity of an opposition.