**United States District Court**
For the Northern District of California

1

2

3

4                     UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6    PATRICIA A. MCCOLM,                    Case No.  C02-5810 PJH (JCS)

7             Plaintiff(s),

8         v.                               **ORDER TO FILE UNDER SEAL
                                           PLAINTIFF'S LETTER DATED APRIL
9    SAN FRANCISCO HOUSING AUTHORITY       15, 2007.**
     ET AL,
10

11            Defendant(s).
                                        /
12

13        IT IS HEREBY ORDERED THAT Plaintiff's April 15, 2007 letter requesting a continuance

14   of the hearing on the pending discovery motions shall be filed Under Seal.

15        IT IS SO ORDERED.

16

17   Dated:  April 18, 2007

18                                         _____
                                           JOSEPH C. SPERO
19                                         United States Magistrate Judge

20

21

22

23

24

25

26

27

28