UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. MCCOLM,<br><br>      Plaintiff(s),<br><br>  v.<br><br>SAN FRANCISCO HOUSING AUTHORITY ET AL,<br><br>      Defendant(s).<br>_____/ | Case No. C02-5810 PJH (JCS)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR CONTINUANCE OF HEARING ON ALL DISCOVERY MATTERS** |

The Court is in receipt of Plaintiff's April 15, 2007 letter requesting a continuance on the pending discovery matters currently set for hearing on April 20, 2007, at 9:30 a.m.

The Court notes that on April 9, 2007, Judge Hamilton issued an Order granting in part, Plaintiff's Request for Stay and/or Continuance.

In light of the issuance of Judge Hamilton's April 9 Order, IT IS HEREBY ORDERED THAT Plaintiff's request for a continuance is GRANTED. The hearing on the pending discovery motions shall be continued to **Friday, May 4, 2007, at 9:30 a.m.** The Court will not permit any further briefing. Plaintiff may appear telephonically at the hearing. Plaintiff shall provide a contact phone number one (1) week prior to the hearing. The Court shall initiate the phone contact. **No further continuances will be granted to either party.**

IT IS SO ORDERED.

Dated: April 18, 2007

                                            JOSEPH C. SPERO
                                            United States Magistrate Judge