UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICIA A. MCCOLM,

    Plaintiff,

    v.

SAN FRANCISCO HOUSING AUTHORITY, et al.,

    Defendants.

_____/

No. C 02-5810 PJH

**JUDGMENT**

This action came on for hearing before the court and the issues having been duly heard and the court having granted defendants' motions to dismiss and for summary judgment

it is Ordered and Adjudged

that the first amended complaint is dismissed with prejudice as to all defendants.

**IT IS SO ORDERED.**

Dated: May 29, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge